# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159900

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 159900
                                COA: 338951
                                Iron CC: 16-009635-FH

KELLY MARIE COCHRAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 11, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



s0224

                                     Clerk